AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FEB 2 5 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 13-30040-WDS |
| | ) | | |
| TROY DYE | ) | | |
| *Defendant* | ) | | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/25/2013

_Troy Dye_
*Defendant's signature*

*Signature of defendant's attorney*

Robert Herman
*Printed name of defendant's attorney*

*Judge's signature*

Stephen C. Williams   USMJ
*Judge's printed name and title*