IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-CR-30040-WDS |
| | ) | |
| TROY DYE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

**STIEHL, District Judge:**

On February 25, 2013, the United States of America and defendant Troy Dye consented to appear before Magistrate Judge Stephen C. Williams pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Counts 1 and 2 of the Information.

On April 1, 2013, in light of the holding of the Seventh Circuit in *United States v. Moore*, 12-2127 (7th Cir. March 19, 2013), this Court interpreted defendant's entry of guilty plea, and the in-court acceptance by the Magistrate Judge of that plea as a Report and Recommendation of the magistrate to the undersigned district judge that the Court should accept the plea of guilty by the defendant (Doc. 11). The defendant was given seven (7) days from the entry of the Order to file a notice with the Court as to whether he would like to withdraw his consent to the magistrate conducting the prior plea hearing and to be allowed to withdraw his plea. The defendant has not filed a notice of his intent to withdraw his plea of guilty.

The Court also gave the defendant and the government ten (10) days to file any objections to the plea, which the Court interpreted as a Report and Recommendation. Neither party has filed an objection, therefore, pursuant to 28 U.S.C. § 636(b), this Court need not

conduct de novo review.  *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Stephen C. Williams' Report and Recommendation, **ACCEPTS** defendant Troy Dye's plea of guilty, and **ADJUDGES** defendant Troy Dye guilty of Counts 1 and 2 of the Information.

**IT IS SO ORDERED.**

**DATE: <u>24 April, 2013</u>**

                                              **/s/ WILLIAM D. STIEHL**
                                                **DISTRICT JUDGE**